UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK DEVON HILLS,

    Petitioner,

v.	Case No.  3:12cv29/LC/CJK

MICHAEL D. CREWS,

    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 1, 2014.  (Doc. 35).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's Report and Recommendation (doc. 35) is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus (doc. 1), challenging petitioner's

judgment of conviction and sentence in *State of Florida v. Frederick Devon Hills*, Escambia County, Florida, Circuit Court Case Number 08-CF-5451, is DENIED.

3. Petitioner's request for an evidentiary hearing is DENIED.

4. The clerk shall close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 8th day of September, 2014.

        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**